UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **CODY KELLEY** | * | **CIVIL ACTION NO.: 20-cv-1504** |
| | * | |
| **VERSUS** | * | **JUDGE JAMES D. CAIN, JR.** |
| | * | |
| **WALMART INC. AND HEWLETT-** | * | |
| **PACKARD FINANCIAL SERVICES** | * | **MAGISTRATE KATHLEEN KAY** |
| **COMPANY** | * | |

**************************************

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Joint Motion to Dismiss Defendant, Hewlett Packard Enterprise Company, Without Prejudice filed by Plaintiff, Cody Kelley and Defendant Hewlett Packard Enterprise Company (incorrectly referred to as "Hewlett-Packard Financial Services Company");

IT IS HEREBY ORDERED, ADJUGED and DECREED that the Motion is GRANTED, and Hewlett Packard Enterprise Company (incorrectly referred to as "Hewlett-Packard Financial Services Company") and all claims against it are DISMISSED WITHOUT PREJUDICE, the parties to bear their own costs.

THUS DONE AND SIGNED in Chambers on this 16th day of December, 2020.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE